MARGARET COURSEY, Respondent, v. STEPHEN COURSEY, Defendant, and THE GENEVA MINERAL SPRINGS COMPANY, LIMITED, Appellant, Impleaded with Others.

*Coursey* v. *Geneva Mineral Springs Co., Ltd.,* 176 App. Div. 947, appeal dismissed.

(Argued October 1, 1917; decided October .9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose two mortgages.

The motion was made upon the grounds that the Appellate Division had unanimously decided that there was evidence supporting or tending to sustain findings of fact and that the exceptions were frivolous.

*Arthur J. Hammond* for motion.

*Myron D. Short* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.